IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDY LEE SULLIVAN,<br><br>                    Plaintiff<br><br>        VS.<br><br>HILTON HALL, *et al.*,<br><br>                    Defendants | <br>**NO. 5: 04-CV-267 (CWH)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

On April 21, 2005, defendants in the above-captioned case filed a MOTION TO DISMISS plaintiff's complaint for failure to prosecute. Tab #25. Thereafter, on April 27, 2005, the undersigned advised plaintiff of said motion and of his duty to respond properly thereto. Plaintiff was further advised that failure to respond within twenty (20) days would result in a recommendation of dismissal. Tab #27. The plaintiff has failed to file a response to the defendants' motion.[1] Therefore, the undersigned finds that the plaintiff has willfully refused to comply with the court's order.

Accordingly, defendants' MOTION TO DISMISS (Tab #25) is **GRANTED** as UNCONTESTED.[2]

SO ORDERED, this 20th day of MAY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]The undersigned's order to respond to the defendant's motion was returned to the court as undeliverable.
[2]All parties herein have consented for disposition of this proceeding by the U. S. Magistrate Judge